# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**GUILLERMO RUIZ**

    **Plaintiff,**

**v.**                                **No. CV 10-680 JP/LAM**

**RENE CAMACHO, et al.,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that the document is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee.**

   _X_ No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)   _X_    is not filed
(2)   ___    is missing affidavit
(3)   ___    is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)   ___    is missing required financial information
(5)   ___    is missing an original signature by the prisoner
(6)   ___    is not on proper form (must use current form)
(7)   ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___    An original and a copy have not been received by the Court. Only an original has been received.
(9)   ___    other _____

**III. Complaint, Petition or Application:**

(1)   ___    is missing
(2)   ___    is not on proper form (must use our form Rev. 5/96)
(3)   ___    is missing an original signature by the prisoner

(4) ___   is missing page nos. ___
(5) ___   uses et al. instead of listing all defendants/respondents
(6) ___   An original and a copy have not been received by the Court. Only an original has been received.
(7) ___   Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) ___   names in caption do not match names in text
(9) ___   other _____

Papers filed in response to this order must include the civil action number (CV 10-680 JP/LAM) of this case. Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in **dismissal** of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Financial Certificate.

**IT IS FURTHER ORDERED** that, **if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**

_____
**HONORABLE LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**